FILED
07 NOV -1 PM 4: 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,
          Plaintiff,

vs.

G. ZAVALA, et al
          Defendant.

CV 07     5578

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Garrison S. Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

NONE

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment          Yes ___ No _X_

b. Income from stocks, bonds, or royalties?          Yes ___ No _X_

c. Rent payments?          Yes ___ No _X_

d. Pensions, annuities, or life insurance payments?          Yes ___ No _X_

e. Federal or State welfare payments, Social Security or other government source?          Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?          Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____  Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____NONE_____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?            Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $ ____NONE____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____     $ _____     $ _____
27 _____     $ _____     $ _____
28 _____     $ _____     $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Garrison S. Johnson v. HEDGETH, et al., Case No. C 04-1939 SBA (pr). Dimissed without prejudice for failure to exhaust appeal remedies.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/23/07
DATE

SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Garrison Johnson_ for the last six months
[prisoner name]
_CCI Tehachapi_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _62.50_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_41.49_.

Dated: _10/24/07_    _____
[Authorized officer of the institution]
CCI - Acct Tech

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/24/07
                                                          PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CALIF CORRECTIONAL INSTITUTION
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCOUNT NUMBER  : D59672                 BED/CELL NUMBER: 4B2CSH0000000207L
ACCOUNT NAME    : JOHNSON, GARRISON                ACCOUNT TYPE: I
PRIVILEGE GROUP : D

                          TRUST ACCOUNT ACTIVITY

  DATE  TRAN
        CODE   DESCRIPTION      COMMENT       CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
  ----  ----   -----------      -------       ---------  --------  -----------  -------
04/01/2007    BEGINNING BALANCE                                                   47.49
04/17  W512   LEGAL POSTAGE     5365LEGPOS                              0.85      46.64
04/17  W512   LEGAL POSTAGE     5369LEGPOS                              0.63      46.01
04/17  W512   LEGAL POSTAGE     5370LEGPOS                              0.39      45.62
04/17  W512   LEGAL POSTAGE     5370LEGPOS                              0.39      45.23
04/17  W512   LEGAL POSTAGE     5370LEGPOS                              0.39      44.84
04/17  W512   LEGAL POSTAGE     5370LEGPOS                              0.65      44.19
04/23  FR01   CANTEEN RETUR     605465                                 45.00-     89.19
04/24  FC06   DRAW-FAC 6        6-3-5485                                45.00     44.19
04/24  FC06   DRAW-FAC 6        6-3-5981                                44.19      0.00
05/23  D300   CASH DEPOSIT      604MR371                     100.00              100.00
05/23  W220   STATE FILING      604FEDFIL                               20.00     80.00
05/25  W512   LEGAL POSTAGE     LEGPOS6104                              8.80      71.20
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              1.48      69.72
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              1.20      68.52
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              0.40      68.12
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              0.41      67.71
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              4.60      63.11
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              0.92      62.19
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              4.60      57.59
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              1.82      55.77
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              1.00      54.77
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              1.48      53.29
06/06  W512   LEGAL POSTAGE     6259LEGPOS                              0.75      52.54
06/06  W512   LEGAL POSTAGE     6309LEGPOS                              0.80      51.74
06/07  W516   LEGAL COPY CH     6317LEGCOP                              3.90      47.84
06/07  W516   LEGAL COPY CH     6317LEGCOP                             30.90      16.94
06/12  W516   LEGAL COPY CH     6408LEGPOS                              0.58      16.36
06/12  W516   LEGAL COPY CH     6409LEGPOS                              3.00      13.36
06/12  W515   COPY CHARGE       6410COPIES                              0.20      13.16
06/15  W512   LEGAL POSTAGE     6533LEGPOS                              1.65      11.51
06/15  W512   LEGAL POSTAGE     6533LEGPOS                              0.92      10.59
06/15  W512   LEGAL POSTAGE     6542LEGPOS                              0.41      10.18
06/15  W512   LEGAL POSTAGE     6578LEGPOS                              1.60       8.58
07/17  W512   LEGAL POSTAGE     0370LEGPOS                              1.48       7.10
07/18  W512   LEGAL POSTAGE     0384LEGPOS                              0.58       6.52
07/25  D300   CASH DEPOSIT      0612MR537                   200.00               205.94
07/25  W214   FEDERAL FILIN     0617FEDFIL                             40.00     165.94
07/25  W220   STATE FILING      0619FEDFIL                             12.60     153.34
07/26  W512   LEGAL POSTAGE     0692LEGPOS                              4.60     148.74
07/26  W512   LEGAL POSTAGE     0692LEGPOS                              5.70     143.04
07/26  W512   LEGAL POSTAGE     0692LEGPOS                              1.40     141.64
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE
CCI - Acct Tech

```
REPORT ID: TS3030  .701                                              REPORT DATE: 10/24/07
                                                                     PAGE NO:            2
                         CALIF CORRECTIONAL INSTITUTION
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCT: D59672           ACCT NAME: JOHNSON, GARRISON              ACCT TYPE: I
       TRAN
DATE   CODE  DESCRIPTION      COMMENT         CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------      -------         ---------  --------   -----------   -------
07/26  W512  LEGAL POSTAGE    0692LEGPOS                                  0.41    141.23
07/26  W516  LEGAL COPY CH    0697LEGCOP                                 46.50     94.73
08/01  W512  LEGAL POSTAGE    0730LEGPOS                                  0.75     93.98
08/01  W512  LEGAL POSTAGE    0730LEGPOS                                  0.41     93.57
08/01  W512  LEGAL POSTAGE    0730LEGPOS                                  0.41     93.16
08/01  W512  LEGAL POSTAGE    0745LEGPOS                                  0.41     92.75
08/01  W512  LEGAL POSTAGE    0754LEGPOS                                  0.41     92.34
08/02  W512  LEGAL POSTAGE    0814LEGPOS                                  0.41     91.93
08/03  W512  LEGAL POSTAGE    0814LEGPOS                                  0.41     91.52
08/08  W512  LEGAL POSTAGE    0977LEGPOS                                  0.41     91.11
08/08  W512  LEGAL POSTAGE    0977LEGPOS                                  0.41     90.70
08/08  W512  LEGAL POSTAGE    0994LEGPOS                                  0.75     89.95
08/09  W512  LEGAL POSTAGE    0999LEGPOS                                  0.41     89.54
08/09  W512  LEGAL POSTAGE    0999LEGPOS                                  0.41     89.13
08/10  W516  LEGAL COPY CH    1040LEGCOP                                  1.80     87.33
08/15  W512  LEGAL POSTAGE    1119LEGPOS                                  0.41     86.92
08/16  W512  LEGAL POSTAGE    1173LEGPOS                                  0.41     86.51
08/16  W512  LEGAL POSTAGE    1173LEGPOS                                  0.41     86.10
08/16  W512  LEGAL POSTAGE    1173LEGPOS                                  0.41     85.69
08/16  W512  LEGAL POSTAGE    1173LEGPOS                                  0.41     85.28
08/20  FC06  DRAW-FAC 6       6-3-1225                                   45.00     39.53
08/21  W516  LEGAL COPY CH    1229LEGCOP                                  7.30     32.23
08/27  W512  LEGAL POSTAGE    1410LEGPOS                                  0.41     31.82
08/27  W512  LEGAL POSTAGE    1410LEGPOS                                  0.41     31.41
09/12  W512  LEGAL POSTAGE    1762LEGPOS                                  1.65     29.76
09/12  W512  LEGAL POSTAGE    1762LEGPOS                                  2.50     27.26
09/13  W502  POSTAGE CHARG    1813POSTAG                                 13.73     13.53
09/13  W502  POSTAGE CHARG    1813POSTAG                                 13.22      0.31
10/15  D300  CASH DEPOSIT     2707MR737                 75.00                      75.31
10/23  W214  FEDERAL FILIN    2716FEDFIL                                 15.07     60.24
10/23  W214  FEDERAL FILIN    2716FEDFIL                                 15.07     45.17

                           CURRENT HOLDS IN EFFECT

DATE
PLACED    HOLD CODE   DESCRIPTION          COMMENT          HOLD AMOUNT
------    ---------   -----------          -------          -----------
09/13/2007   H107     POSTAGE HOLD         1813POSTAG           14.12
09/13/2007   H107     POSTAGE HOLD         1813POSTAG           14.21
09/13/2007   H107     POSTAGE HOLD         1813POSTAG           18.95
10/01/2007   H110     COPIES HOLD          2170COPIES            2.65
10/19/2007   H109     LEGAL POSTAGE HOLD   2659LEGPOS            1.99
10/19/2007   H109     LEGAL POSTAGE HOLD   2659LEGPOS            4.60
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/24/07
                        CALIFORNIA DEPARTMENT OF CORRECTIONS       PAGE NO:   3
                           CALIF CORRECTIONAL INSTITUTION
                           INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

ACCT: D59672      ACCT NAME: JOHNSON, GARRISON              ACCT TYPE: I

                          TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL         TOTAL       CURRENT    HOLDS      TRANSACTIONS
BALANCE       DEPOSITS      WITHDRAWALS BALANCE    BALANCE    TO BE POSTED
---------    ---------     ----------- ---------  ---------   ------------
  47.49        375.00        377.32      45.17     56.52          0.00

                                                    CURRENT
                                                    AVAILABLE
                                                    BALANCE
                                                    ---------
                                                      11.35
```