# UNITED STATES DISTRICT COURT
# ~~NORTHERN~~ DISTRICT OF CALIFORNIA

Garrison S. Johnson
Petitioner

v.

USDC-CAN
Respondent

_____/

Case Number: C-07-6578 SBA

PROOF OF SERVICE

I hereby certify that on July 2008, I served a copy of the attached Writ of Mandamus And Motion for Leave to Proceed In Forma pauperis With Declaration In Support of, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at

Tehachapi, California:

(List Name and Address of Each Defendant or Attorney Served)

Saudra B. Armstrong
U.S. District Judge
Norther District of California
1301 Clay Street, Suit 400S
Oakland, CA 94612-5212

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)

GARRISON S. JOHNSON D59672
CCI
P.O. Box 1906
Tehachapi, CA 93581



United States Court Of Appeals
For The Ninth Circuit

Garison S. Johnson,
            Petitioner,
    V.
United States District Court
Northern District Of California
            Respondents.
Real Party In Interest.

Case No. C-07-5578-SBA

WRIT OF MANDAMUS
Pursuant To 28 U.S.C.
1651a And FRAP 21

Petitioner Garrison S. Johnson, is the petitioner in the above entitled civil action who moves the court to issue this Writ of Mandamus.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924 

## RELIEF SOUGHT

That this Court issue an order directing the U.S. Northern District Court of California to screen petitioner's 1983 Civil Complaint pursuant 28 U.S.C. 1915A(a) relating to this matter and require the defendants to reply to the complaint pursuant to 42 U.S.C. § 1997e(g)(2).

## ISSUES PRESENTED

The District Court's failure to screen petitioner's complaint in a reasonable timely manner and require the defendants to answer the complaint deprive petitioner of his due process, and equal protection of the law rights under the 14th Amendment to the U.S. Constitution to prosecute his 1983 civil rights action.

## FACTS NECESSARY TO UNDERSTAND THE ISSUE PRESENTED

On November 1, 2007, petitioner filed a 1983 civil complaint in the California Northern U.S. District Court in the case Garrison S. Johnson v. G. Zavala, et al., Case No. C 07-05578 SBA (PR) alleging the defendants retaliated against him for filing a lawsuit against them. On January 17, 2008, the district court granted plaintiff in forma pauperis status and issued an order stating that the Court will review plaintiff's complaint in a separate written order. See attached (Exhibit A, district Court's Order). However, 8-months has past and the district Court has not screened the complaint and/or required the defendants to file an answer.

## REASON WHY THE WRIT SHOULD BE ISSUED

(1) It is uncommon for any District Court in the State of California to set on a prisoner's 1983 civil complaint for 8-months without screening it within a reasonable time.

(2) Most California U.S. District Court's screen 1983, complaints within 30 to 90 days.

Wherefore, fore the herein reasons petitioner prays that this court issue the writ directing the District Court to screen his complaint and require the defendants to file an answere.

Dated: 7/2/08

Respectfully Submitted,

GARRISON S. JOHNSON

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

GARRISON S. JOHNSON,

    Plaintiff,

v.

G. ZAVALA, et al.,

    Defendants.

No. C 07-05578 SBA (PR)

**ORDER GRANTING**
***IN FORMA PAUPERIS* STATUS**

    Plaintiff's application for in forma pauperis status is GRANTED. The total filing fee due is $350.00. The initial partial filing fee due for Plaintiff at this time is $12.50. A copy of this Order and the attached instruction sheet will be sent to Plaintiff, the Prison Account Trust Office and the Court's Financial Office.

    The Court will review Plaintiff's complaint in a separate written Order.

    IT IS SO ORDERED.

DATED: 1/16/08

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

P:\PRO-SE\SBA\CR.07\Johnson578.IfpGrant.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARRISON S JOHNSON,

    Plaintiff,

v.

G ZAVALA et al,

    Defendant.

Case Number: CV07-05578 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Garrison S. Johnson D59672
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

Dated: January 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Johnson578.IfpGrant.frm    3

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting in forma pauperis and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office

1. Garrison S. Johnson D59671
2. CCI
3. P.O. Box 1906
4. Tehachapi, CA 93581



United States Court Of Appeals
For The Ninth Circuit

GARRISON S. JOHNSON,
  Petitioner,

  v.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
  Respondents.

Real Party In Interest.

Case No.

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT OF

Petitioner Garrison S. Johnson, pursuant to 28 U.S.C. 1915, move this Court for order permitting him to proceed without prepayment of fees and costs or security. Petitioner has attached a declaration in support of this motion.

Dated: 7/2/08

Respectfully Submitted,

Garrison S. Johnson



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924