Garrison Johnson D59677
California Correctional Institution
P.O. Box 1906 (4B-2C-207)
Tehachapi, CA 93581

"LEGAL MAIL"

Sandra B. Armstrong
U.S. District Judge
Northern District Of California
1301 Clay Street, Suit 400S
Oakland, CA 94161-5212



UNITED STATES POSTAGE
$ 00.59⁰
PITNEY BOWES
02 1M        JUL 03 2008
0004224990
MAILED FROM ZIP CODE 93581

9461285212 0037

Quality Park Item #90019
Treated with an Anti-Microbial Agent to guard against the growth of bacteria, mold, mildew, fungus and odors
Licensed by Silverco

7-3-08