AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON )
)
)
)
       Plaintiff )
       v. )   Civil Action No. C-07-5578-SBA(PR)
G. ZAVALA, et al. )
)
)
)
       Defendant )

**Summons in a Civil Action**

To: ***SEE ATTACHED SERVICE LISTING***

    *(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Garrison S. Johnson, D59672
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    Richard W. Wieking
    Name of clerk of court

Date: 09/10/2008           **JESSIE MOSLEY**
    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: _____

                                                            _____
                                                                       Server's signature

                                                            _____
                                                                      Printed name and title

                                                            _____
                                                                       Server's address

SERVICE LISTING - 4:07-CV-05578-SBA(PR); Johnson-v-Zavala, et al.


**M. Williams, Psychologist**
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

**G. Zavala, Correctional Captain**
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

**A. Hedgpeth, Correctional Captain**
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

**K. Traynham, Correctional Sergeant**
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

**F. Wynn, Correctional Counselor**
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020