Garrison S. Johnson D59672
CCI
P.O. Box 1906
Tehachapi, CA 93581



FILED
SEP 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District Of California

GARRISON S. JOHNSON,
   Plaintiff,
  V.
G. ZAVALA, et al.,
   Defendants.

Case No. CV-07-5578-SBA (PR)

Motion For Leave To File An Amended Complaint Frist Amended Complaint Attached

Plaintiff Garrison Johnson, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint Changes the third claim for relief.

1. The plaintiff in his original complaint cited a Conspiracy Claim under Section 1985(3).

2. Since the filing of the Complaint plaintiff has determined the Conspiracy Claim should be Civil Conspiracy under Section 1983 of the relief requested and amend to Reflect the action of defendants.

1

1  3. The Court should grant leave freely to amend a
2  complaint. <u>Foman v. Davis</u>, 371 U.S. 178, 182, 83 S. Ct.
3  227 (1962).

5  Dated: 9/7/08

6                                Respectfully Submitted,

9                                _____
                                  GARKISON S. JOHNSON


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

2

Garrison S. Johnson D59672
California Correctional Institution
P.O. Box 1906 (4B-2C-207)
Tehachapi, CA 93581

Office Of The Clerk, U.S. District Court
Northern District Of California
1301 Clay Street., Suite 400S
Oakland, CA 94612-5212

"LEGAL MAIL"

REG 09-07-08

This envelope is sent as personal/privileged and confidential mail. If the contents do not pertain to a personal or privileged nature, please return it.

California Correctional Institution
P.O. Box 1031
Tehachapi, California 93561
ATTENTION: Mailroom Sergeant

10X13