IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | No. C 07-05578 SBA (PR) |
|     Plaintiff, | **ORDER DENYING AS MOOT DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| G. ZAVALA, et al., | |
|     Defendants. | (Docket no. 22) |

    Before the Court is Defendants' request for an extension of time, up to and including February 27, 2009, in which to file an opposition to Plaintiff's motion for summary judgment (docket no. 22). The Court DENIES the request as moot, as the Court already addressed this request in its Order dated December 19, 2008. *See* Docket No. 25.

    This Order terminates Docket no. 22.

    IT IS SO ORDERED.

DATED: 12/22/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\Sbalc2\Dan\Johnson5578.denyEOToppnMOOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARRISON S JOHNSON,

        Plaintiff,

  v.

G ZAVALA et al,

        Defendant.

Case Number: CV07-05578 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Garrison S. Johnson D59672
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

Dated: December 22, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\Sbalc2\Dan\Johnson5578.denyEOToppnMOOT.wpd    2