1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  GARRISON S. JOHNSON,            )    No. C 07-5578 SBA (PR)
                                    )
11         Plaintiff,                )    **JUDGMENT**
                                    )
12    vs.                            )
                                    )
13                                   )
    G. ZAVALA, et al.,              )
14                                   )
           Defendants.               )
15  _____  )

16

17     The Court granted Defendants' motion for summary judgment as to all claims

18  against all Defendants in the instant civil rights complaint for relief.  Judgment is hereby

19  entered in favor of Defendants.  Plaintiff shall take nothing by way of his complaint.

20     The Clerk shall close the file.

21     **IT IS SO ORDERED.**

22
    DATED: 9/31/09                          _____
23                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
24
25
26
27
28

Judgment
G:\Pro-Se\SBA\CR.07\Johnson578.jud.md

```
 1  UNITED STATES DISTRICT COURT
    FOR THE
 2  NORTHERN DISTRICT OF CALIFORNIA

 3

 4  GARRISON S JOHNSON,
                                            Case Number: CV07-05578 SBA
             Plaintiff,
 5                                          CERTIFICATE OF SERVICE
      v.
 6
    G ZAVALA et al,
 7
             Defendant.
 8                                        /

 9
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10  Court, Northern District of California.

11  That on September 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing
    said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
12  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
    delivery receptacle located in the Clerk's office.
13

14

15
    Garrison S. Johnson D59672
16  Kern Valley State Prison (KVSP)
    P.O. Box 6000
17  Delano, CA 93216-6000

18  Dated: September 1, 2009
                                            Richard W. Wieking, Clerk
19                                          By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

    Judgment
    G:\Pro-Se\SBA\CR.07\Johnson578.jud.md
```