United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, ) | No. C 07-5578 SBA (pr) |
| ) Plaintiff, ) | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. ) | |
| G. ZAVALA, Warden, ) | |
| ) Defendant. ) | |
| _____ ) | (Docket No. 41) |

The Court granted Defendant's motion for summary judgment, and entered judgment in Defend/ant's favor on September 1, 2009, thereby terminating this civil action.

Plaintiff has now filed a notice of appeal, and a motion to proceed in forma pauperis on appeal (Docket No. 41).

Plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 41) is GRANTED.

This order terminates Docket No. 41.

**IT IS SO ORDERED.**

DATED: 9/30/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.07\Johnson578.ifp.md

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   GARRISON S JOHNSON,
4                                              Case Number: CV07-05578 SBA
             Plaintiff,
5                                              **CERTIFICATE OF SERVICE**
      v.
6
   G ZAVALA et al,
7
             Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on October 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15
   Garrison S. Johnson D59672
16 Kern Valley State Prison (KVSP)
   P.O. Box 6000
17 Delano, CA 93216-6000

18 Dated: October 15, 2009
                                               Richard W. Wieking, Clerk
19                                             By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

   G:\PRO-SE\SBA\CR.07\Johnson578.ifp.md     2